Slip Op. 08-91

# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE DONALD C. POGUE

| | |
|---|---|
| DURFEY, et al., ) <br><br> Plaintiffs, ) <br><br> v. ) <br><br> UNITED STATES SEC'Y OF AGRICULTURE, ) <br><br> Defendant. ) | Court No. 06-00316 |

### JUDGMENT

Upon consideration of Defendant's Second Redetermination on Remand and Plaintiffs' Comments on the Second Redetermination on Remand, it is hereby

ORDERED that Defendant's Second Redetermination on Remand, concluding that Plaintiffs qualify for Trade Adjustment Assistance cash benefits in the amount of $9,093.80, is affirmed; and it is further

ORDERED that Defendant direct payment to Plaintiffs in the amount of $9,093.80.

/S/      Donald C. Pogue
_____
Judge

Dated: ___9/3___, 2008
New York, NY